LEE et al. v. MUTUAL BENEFIT LIFE INSURANCE COMPANY.

RUSSELL, Chief Justice. This case, if not identical in every respect, is practically the same, involving the same res, as that involved in *Frazier* v. *Lee*, 180 *Ga*. 385 (178 S. E. 722). In that case the defendant Frazier was merely the agent of the Mutual Benefit Life Insurance Company, while in the present case the action is proceeding against the owner, against whom relief is sought of the same premises upon which the well in controversy is situated. Under the decision of this court in 180 *Ga*. 385, the allegations of the petition as amended were insufficient to charge such interest in the well and its equipment as would support this action by the plaintiffs. The allegations in the present case are not sufficient to set forth an easement by prescription in the well and its appurtenances. Under the ruling in *Frazier* v. *Lee*, supra, the allegation that the defendant Mutual Benefit Life Insurance Company knew that the petitioners were using the water from the well are insufficient and immaterial, unless it further appeared that the plaintiff *had an easement*. The court did not err in sustaining the general demurrer and dismissing the petition.

*Judgment affirmed. All the Justices concur.*

No. 10946. DECEMBER 14, 1935.

*M. C. Edwards* and *Tom Edwards*, for plaintiffs. *G. C. Webb* and *R. R. Jones*, for defendant.